UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-21571-CIV-SEITZ/O'SULLIVAN

AMANDA JESSUP,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, et al.,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on an Informal Discovery Conference held before the undersigned on June 5, 2009.  Having heard argument from the parties, it is

ORDERED AND ADJUDGED that the defendant's request to preclude the presence of a third party at the psychological IME of the plaintiff is granted.  The plaintiff has failed to satisfy the burden of good cause and special circumstances to permit a third party to be present at the psychological IME.  ("The party seeking to have the observer present bears the burden of demonstrating 'good cause' for the request under Rule 26(b), Fed.R.Civ.P., as the presence of a third party is not typically necessary or proper." Tarte v. United State of America, 249 F.R.D. 856, 859 (S.D. Fla. 2008)), (Most "federal courts have held that third parties should be excluded absent special circumstances."  Calderon v. Reederei Claus-Peter Offen GMBH & Co., 2009 WL 1125027, at *4 (S.D. Fla. April 27, 2009)).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **5**th  day of June 2009.

                                                  JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record