UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21571-CIV-SEITZ/O'SULLIVAN

AMANDA JESSUP,

    Plaintiff,

v.

MIAMI-DADE COUNTY, et al.,

    Defendant.

_____

**ORDER REQUIRING PLAINTIFF TO SUPPLEMENT AFFIDAVIT SUPPORTING
RESPONSE TO MOTIONS FOR COSTS**

THIS MATTER is before the Court on the Report and Recommendation [DE-188] ("R&R") of United States Magistrate Judge, recommending that Defendant Officer Valdes's Motion To Tax Costs [DE-172], Defendants City of South Miami's and Officer Darby Wagner's Motion To Tax Costs [DE-174] and County Defendants' Verified Motion To Tax Costs [DE-180] each be granted in part and denied in part. The Magistrate Judge found that the requests for costs from each of the Defendants were reasonable, but recommends reducing the award of those costs by 75% due to Plaintiff's financial status and inability to hold employment. Each of the Defendants object to the Magistrate Judge's recommendation that the cost award be reduced to account for Plaintiff's indigence.

Defendants raise four objections to the Magistrate Judge's recommendation for a 75% reduction: (1) Plaintiff has not met her burden to show rebut the presumption that Defendants should be awarded their reasonable costs by providing substantial documentation of a true inability to pay; (2) the Magistrate Judge improperly shifted the burden to Defendants to offer evidence that Plaintiff can pay the awarded costs; (3) the Magistrate Judge's reduction of

reasonable costs in the amount of 75% was arbitrary; and (4) a 75% reduction grants Plaintiff a windfall that will encourage the pursuit of meritless actions.

Defendants correctly argue that they do not have the burden to provide evidence disproving Plaintiff's indigence, and the Plaintiff must offer "clear proof of ... dire financial circumstances" in order for the Court to reduce an award for reasonable costs. *Chapman v. AI Transport*, 229 F.3d 1012, 1039 (11th Cir. 2000). Moreover, this Court is not to reduce the award without "substantial documentation of a true inability to pay." *Id.*

In light of these standards, two statements in the R&R concern the Court. First, in response to Defendants' objection that Plaintiff had produced insufficient documentation of indigence to proceed, the Magistrate Judge responded that "the defendants do not offer any evidence of plaintiff's ability to pay." (R&R at page 9). However, Defendants are not required to offer evidence of plaintiff's ability to pay, and to the extent the Magistrate Judge considered Defendant's failure to offer evidence in recommending a reduction, that consideration was not permissible. Second, the Magistrate Judge relies on Plaintiff's averment that her only source of income was $620 per month in Social Security Disability benefits and $160 in food stamps (R&R at page 8)[1], though her filings state that she "relies on her family" and suggest that she "may be given money from time to time." (DE-181 at page 5; DE-194 at page 2 n.3).

Instead of rejecting the R&R, however, the Court will require Plaintiff to supplement the information already provided to clarify her current financial status. Plaintiff's history of mental illness has been documented extensively in this case. While her current financial status is less

---

[1] Defendants object to this specific finding, saying "it is beyond reasonable to believe that Jessup has no source of income other than $620 a month in disability and $120 a month in food stamps. Plaintiff must receive financial help from some other source where she claims that all her disability checks go towards her rent." (DE-191, City of South Miami and Darby Wagner's Objections at pages 5-6).

clear, it appears that she may presently be saddled with significant bills including a $32,158.02 hospital bill dated January 28, 2009, which impose a significant financial burden on Plaintiff. Accordingly, to assess whether that the Magistrate Judge's recommendation of a 75% reduction is appropriate, it is hereby

ORDERED THAT

(1) No later than **December 10, 2010,** Plaintiff shall file under seal a Supplemental Affidavit providing with as much detail as possible the information listed on the attached Request forms, including the following (to the extent that Plaintiff's responses are the same as described in her original affidavit, she should still provide those answers and supplement with as much detail as possible):

> (a) The amount of money Plaintiff has received in the last twelve months from sources other than Social Security and food stamps. Plaintiff should identify each source, and provide the amount of money she expects to receive from each of these sources in the future.
>
> (b) The amount of Plaintiff's housing, food, transportation, utility, and any other regular monthly expense (see attached Request For Monthly Cash Flow Statement Financial Records).
>
> (c) The amount of any debts or financial obligations *currently* owed, including a list of the identity of and amount owed to each creditor.
>
> (d) A list of Plaintiff's previous places of employment, and a description of any efforts Plaintiff has made in the last twelve months to obtain employment.

3

(e) A list of all assets (bank accounts, real estate, motor vehicles, etc.) (see attached Request For Net Worth Statement Financial Records).

(f) Any other information pertinent to Plaintiff's current financial status.

(2) To the extent possible, Plaintiff shall file documents supporting her averments. If more recent hospital bills are available, Plaintiff shall file those records.

(3) Plaintiff shall also file under seal a complete copy Dr. Rivas-Vasquez's psychological assessment.

(4) Plaintiff shall serve on Defendants no later than **December 10, 2010**, the Supplemental Affidavit, all supporting documents and a complete copy of Dr. Rivas-Vasquez's psychological assessment.

(5) If necessary, the Court will address Defendants' remaining objections after the Supplemental Affidavit is filed. Defendants may provide a short reply to the Supplemental Affidavit no later than **December 16, 2010**.

DONE and ORDERED in Miami, Florida, this 24th day of November, 2010.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge John O'Sullivan
      All Counsel of Record

PROB 48C (9/00)

Page 1 of 2

| **REQUEST FOR MONTHLY CASH FLOW STATEMENT FINANCIAL RECORDS** ||
|---|---|
| DEFENDANT'S FULL NAME | DOCKET NUMBER |

All entries on the Cash Flow Statement must be accompanied by supporting documentation. Provide the probation officer with all records listed below that are applicable to your financial statements, along with your completed Cash Flow Statement by the close of business _____.

**MONTHLY CASH INFLOWS**

**Salary/Wages**

- Copy of all W-2 forms submitted with the prior year income tax return. Copy of all pay-stubs for the most recent one-month period.

**Cash Advances**

- Copy of all pay-stubs documenting cash advances.

**Cash Bonuses**

- Copy of all pay-stubs documenting cash bonuses, and copy of related 1099 form.

**Commissions**

- Copy of all 1099 forms submitted with the prior year income tax return.

**Business Income**

- Copy of the past six monthly financial statements of all businesses owned or controlled by the defendant. Also be sure to provide all financial information requested in the "Assets" portion of the "Net Worth Statement" under "Section K, Business Holdings."

**Interest/Dividends**

- Copy of most recent earnings statement from a financial institution (e.g., bank, brokerage firm, etc.). Copy of all 1099-INT forms, reporting annual interest earnings, for the past year.

**Rental Income**

- Copy of lease rental agreement, copy of monthly rental check received, and copy of the deposit on the defendant's monthly bank statement.

**Trust Income**

- Copy of the monthly trust income check, copy of the trust agreement, and a copy of the trust income tax return for the prior year.

**Alimony/Child Support**

- Copy of divorce decree, copy of payments received, and statements documenting child support/alimony obligations with payment history.

**Social Security**

- Copy of most recent Social Security check and most recent benefits determination letter.

**Other Government Benefits**

- Copy of most recent government subsidy check (e.g., unemployment compensation, or child support/alimony) and most recent benefits determination letter.

**Pensions/Annuities**

- Copy of pension/annuity check, copy of most recent pension plan activity statement or annuity statement, and copy of pension plan or annuity contract.

**Allowances** (housing, auto, travel)

- Copy of related pay stub, 1099 form for prior year, and possibly a letter from the employer on company letterhead.

**Gratuities/Tips**

- Copy of current month's pay-stubs, letter from employer estimating monthly gratuities earned, and W-2 form for the prior year.

**Spouse (Significant Other's) Salary/Wages**

- Copy of all W-2 forms submitted with the prior year income tax return. Copy of all pay-stubs for the most recent one-month period.

**Other Joint Spousal Income**

- Documentation verifying any monthly income jointly earned with the spouse or significant other, (e.g., income from the spouse or significant other or income from a business owned or controlled by the spouse or significant other, that the defendant has a joint ownership interest in, or controls).

**Income of Others in the Home**

- Verification of the monthly earnings of all others living in the defendant's household (e.g., all pay-stubs for the prior month, W-2 forms, and 1099 forms for the prior year), paid receipts or canceled checks for necessary monthly household expenditures (e.g., for food, room rental, telephone, transportation, etc.) actually paid by this person on behalf of the defendant.

**Gifts From Family**

- A signed and dated statement from the family member who gave gifts to the defendant during the month, listing the amounts, dates and reasons given, and a copy of the check received, if any.

**Gifts From Others**

- A signed and dated statement from the person(s) who gave gifts to the defendant during the month, listing the amounts, dates and reasons given, and a copy of the check received, if any.

**Loans From Your Business**

- Copy of the past six monthly financial statements of all businesses owned or controlled by the defendant that loaned money to the defendant, including a detailed schedule of the "Loans To Shareholder/Owner" or "Due From Shareholder/Owner" general ledger accounts.

**Mortgage Loans**

- Copy of all mortgage checks received during the prior month, 1099 forms submitted with the prior year tax return, and copy of the sales agreement and escrow statement for all mortgage loans owed to the defendant.

**Other Loans**

- Copy of loan documentation and copy of all loan checks received during the prior month.

**Other (specify)**

- Documentation verifying the source of all other monthly cash inflows (not yet disclosed or reported in these financial statements) and copy of all related monthly checks received.

PROB 48C  
(9/00)

Page 2 of 2

# REQUEST FOR MONTHLY CASH FLOW STATEMENT FINANCIAL RECORDS (cont.)

| NECESSARY MONTHLY CASH OUTFLOWS | Credit Card Payments |
|---|---|
| **Rent or Mortgage (including taxes)** | ♦ Copy of most current billing statement for all charge accounts (e.g., credit cards, revolving charge cards, and department store cards) and lines of credit (e.g., bank line of credit). |
| ♦ Copy of apartment rental lease agreement or home mortgage, most recent mortgage statement, and copy of canceled check. | **Medical** |
| **Groceries (# of people)** | ♦ Documentation of medical expenses (e.g., billing statements, payment receipts and canceled checks). |
| ♦ Grocery receipts with corresponding canceled checks (if applicable) for the past month. | **Alimony/Child Support** |
| **Utilities** | ♦ Copy of divorce decree, canceled checks, and statements documenting child support/alimony obligations with payment history. |
| ♦ Copy of most current utility bills (e.g., electric, heating oil/gas, water/sewer, telephone, and basic cable). | **Co-payments** (electronic monitoring, drug/mental health treatment) |
| **Transportation** | ♦ Canceled check along with statement from the service provider (if any). |
| ♦ Current month gasoline/motor oil receipts and corresponding canceled checks (if applicable), and gasoline credit card statements for the prior month. | **Other (specify)** |
| **Insurance** | ♦ Specific receipts, billing statements, and corresponding canceled checks. |
| ♦ Copy of most current insurance bills for all types of insurance (auto, health, life, homeowners). | |
| **Clothing** | |
| ♦ Purchase receipts with corresponding canceled checks. | |
| **Loan Payments** | |
| ♦ Copy of loan statements (including motor vehicle payment book and lines of credit) for all loans. Also provide a copy of any financial statements submitted to obtain credit in the past three years. | |

**ADDITIONAL INSTRUCTIONS:**

A personal interview has been scheduled for you with:

_____    on   _____  
U.S. Probation Officer                                  Date

at _____    Office Location _____  
Time

Telephone _____

PROB (9/00)

Page 1 of 2

# REQUEST FOR NET WORTH STATEMENT FINANCIAL RECORDS

| DEFENDANT'S FULL NAME | DOCKET NUMBER |
|---|---|
| | |

All entries on the Net Worth Statement must be accompanied by supporting documentation. Provide the probation officer with all records listed below that are applicable to your financial statements, along with your completed Net Worth Statement by the close of business _____ .

## ASSETS

### Section A - Bank Accounts

♦ Most recent bank account statements (e.g., checking, savings, credit union, money market, brokerage, Certificate of Deposit, or savings bonds) for a three-month period, along with canceled checks.

### Section B - Securities

♦ Most recent securities account statements (e.g., brokerage, annuities, life insurance, IRA, KEOGH, 401K, or thrift savings account) for a three-month period.

### Section C - Notes & Accounts Receivable

♦ Copy of signed note receivable.

### Section D - Life Insurance

♦ Copy of all life insurance policies (e.g., whole life, variable life, term).

### Section E - Safe Deposit Boxes or Storage Facilities

♦ Copy of most recent rental invoice for all safe deposit boxes or storage facility rentals within the past year, including receipts or verification of content value.

### Section F - Motor Vehicles

♦ Copy of vehicle registration and title for all vehicles owned or leased.

### Section G - Real Estate

♦ Copy of purchase agreement, deeds, and escrow statement for all real property.

### Section H - Mortgage Loans Owed To You

♦ Copy of the sales agreement and escrow statement for all real property.

### Section I - Other Assets

♦ Copy of purchase invoice and appraisal (if already previously obtained), and documentation to verify the fair market value of the asset.

### Section J - Anticipated Assets

♦ Copy of documentation to verify future receipt of anticipated asset, (e.g., claim or lawsuit filings, profit sharing plan and current statement, pension plan and current statement, inheritance documents, copy of all trusts, trust income tax returns), and most recent accounting reflecting the value of your interest and income from the trust.

### Section K - Business Holdings

♦ In addition to providing the information requested in Section K and completing Section N, provide copies of all income tax returns for each business you had an ownership interest in (e.g., shareholder, partner, proprietor) or an affiliation with (e.g., officer, director, board member, agent, associate) within the last five years. Also provide all financial statements for each business, prepared by you or your accountant, within the past five years.

### Business Accounts Receivable

♦ Copy of current month's billing statements that verify business accounts receivable.

### Business Accounts Payable

♦ Copy of current month's vendor invoices that verify business accounts payable.

### Section L - Income Tax Returns

♦ Copy of the five most recent years' income tax returns filed for: Individual (Form 1040), Partnership (Form 1065), Corporation (Form 1120), S Corporation (Form 1120S), and Limited Liability Company (Form 1065). Be sure to include all related schedules and forms. Provide a written explanation for any returns not filed.

### Section M - Transfer of Assets

♦ Copy of the bill of sale, documentation of funds received from sale (e.g., a personal or business check, cashiers check or money order), copy of vehicle registration and title of sold vehicle, and escrow closing statements for any real estate sold since the date of your arrest.

### Section N - Names of Shareholders or Partners

♦ Copy of Articles of Incorporation for all corporations you own or have an interest in. Copy of partnership agreement for all partnerships you have an ownership interest in.

| REQUEST FOR NET WORTH STATEMENT FINANCIAL RECORDS (cont.) |
|---|

| LIABILITIES | OTHER RECORDS REQUESTED |
|---|---|
| **Section A - Charge Accounts**<br><br>♦ Copy of most current billing statement for all charge accounts (e.g., credit cards, revolving charge cards, and department store cards) and lines of credit (e.g., bank line of credit).<br><br>**Section B - Other Debts**<br><br>♦ Copy of all notes payable, mortgage loans, current statement of delinquent taxes due, and statements documenting child support/ alimony obligations and payment history.<br><br>**Section C - Party to Civil Suit**<br><br>♦ Copy of all civil suit filings and judgments.<br><br>**Section D - Bankruptcy Filings**<br><br>♦ Copy of all bankruptcy filings including petition, financial statements submitted, final judgment and order of discharge. | |

ADDITIONAL INSTRUCTIONS:

A personal interview has been scheduled for you with:

_____  on  _____
U.S. Probation Officer                                                     Date

at  _____          Office Location  _____
     Time                                                                       _____

                                                     Telephone  _____